| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | MARQUEZ JETER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-00075-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE STATUS CONFERENCE** |
| vs. | ) |
| | ) Date: May 30, 2019 |
| MARQUEZ JETER, | ) Time: 9:30 A.M. |
| | ) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Michael Redding, Assistant United States Attorney, counsel for plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for defendant Marquez Jeter (collectively, "the parties"), that the status conference currently set for May 30, 2019 may be continued to July 18, 2019.

The parties hereby stipulate as follows:

1. The indictment in this matter was filed on April 25, 2019.

2. On May 10, 2019, the prosecution provided the defense with seven CDs of discovery, consisting of audio and visual recordings, Excel spreadsheets, photographs, and various documents.

3. Defense counsel requires additional time to review and consider the above evidence, as well as to conduct its own investigation. Defense counsel believes that a failure to

-1-

Stipulation and Order to
Continue Status Conference

1  grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The prosecution does not object to this continuance.

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to Title 18, United States Code § 3161(h)(7)(A) (Local Code T4), and respectfully request the Court so to find.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 30, 2019 to July 18, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) (Local Code T4) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 28, 2019              */s/  Christina Sinha*
                                CHRISTINA SINHA
                                Assistant Federal Defender
                                Attorneys for Defendant
                                MARQUEZ JETER


Date: May 28, 2019              MCGREGOR W. SCOTT
                                United States Attorney

                                */s/ Michael Redding*
                                MICHAEL REDDING
                                Assistant United States Attorney
                                Attorney for Plaintiff

-2-

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court finds that a continuance is necessary for the above-stated reasons and that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The Status Conference currently set for May 30, 2019 at 9:30 A.M. is hereby continued to July 18, 2019 at 9:30 A.M. The Court enters in an exclusion of time from May 30, 2019 to July 18, 2019.

IT IS SO ORDERED.

Dated: May 28, 2019

Troy L. Nunley
United States District Judge

Stipulation and Order to
Continue Status Conference