PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00075-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. 3582(c)(2); ORDER |
| v. | |
| MARQUEZ JETER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America ("Government"), by and through its counsel of record, and Defendant, Marquez Jeter, by and through his counsel of record, hereby stipulate as follows:

1. On October 31, 2024, Defendant, through counsel, filed a motion for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821. Docket No. 33. Pursuant to the Court's General Order Number 670, the Government's response was due December 2, 2024.

2. Counsel for the Government requests a brief extension of time to obtain pertinent BOP records pertaining to Defendant and to finalize its response to the Defendant's motion. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion as follows:

    a) The Government's response to the Defendant's motion for sentence reduction is

to be filed on or before December 11, 2024;

    b)    The Defendant's reply to the Government's response, if any, is to be filed on or before December 31, 2024.

IT IS SO STIPULATED.

Dated:  December 3, 2024

PHILLIP A. TALBERT
United States Attorney

/s/*Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney

Dated: December 3, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ *David Porter*
DAVID PORTER
Attorney for Defendant
Marquez Jeter

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following briefing schedule regarding the Defendant's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821:

    a)    The Government's response to the Defendant's motion, (Docket No. 33), is now due on or before December 11, 2024;

    b)    The Defendant's reply to the Government's response, if any, is due on or before December 31, 2024.

IT IS SO FOUND AND ORDERED this 4th day of December, 2024.

_____
Troy L. Nunley
Chief United States District Judge