AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)　　　Page 1 of 2　(Page 2 Not for Public Disclosure)

Case 2:19-cr-00075-TLN   Document 40   Filed 01/08/25   Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the
EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America | )  |
| v. | ) Case No: 2:19CR00075-TLN-01 |
| MARQUEZ JETER | ) |
| | ) USM No: 98173-111 |
| Date of Original Judgment: 12/19/2019 | ) |
| Date of Previous Amended Judgment: | ) David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __92__ months **is reduced to** __78 months__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/20/2019__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/07/2025

*Judge's signature*

Effective Date: 10 days from the date of this Judgment

Troy L. Nunley, Chief United States District Judge

*(if different from order date)*　　*Printed name and title*